UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

USA

    - against -

AHMED ALSAMET,

               Defendant.

------------------------------------------------------X

14 Cr. 00092-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated January 23, 2015, is approved and accepted.

                              SO ORDERED.

                              Nelson S. Román
                              United States District Judge

Dated: White Plains, NY
         February 23, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/2015